UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | November 8, 2016 |
| **Bankruptcy Case No.** | 16 B 33117 | **Adversary No.** | |
| **Title of Case** | Margarita Vazquez | | |

**Brief Statement of Motion**

Amended Application to Have Chapter 7 Filing Fee Waived
(Docket no. 16)

**Names and Addresses of moving counsel**

**Representing**

### ORDER

IT IS HEREBY ORDERED that the amended application (docket no. 16) is denied. The order entered October 20, 2016 denying the application to have the chapter 7 filing fee waived will stand.

*Donald R. Cassling*