UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Janet S. Baer | **Date** | February 7, 2017 |
| **Bankruptcy Case** | 16 B 33117 | **Adversary No.** | |
| **Title of Case** | Margarita Vazquez | | |

**Brief Statement of Motion**  Debtor's Third Application to Have Chapter 7 Filing Fee Waived (Docket No. 30)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED that the third application (Docket No. 30) is denied. The order entered October 20, 2016 denying the original application to have the chapter 7 filing fee waived will stand.

*Janet S. Baer* /BML

U S Bankruptcy Judge Janet S. Baer